_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No. 21-10961 |
| TAMMY PREVO, | |
| Debtor. | |
| VIRGINIA ANDREWS-BURDETTE, Trustee of the Estate of Tammy Prevo, | Adv. No. 21-01062 |
| Plaintiff, | AGREED ORDER OF DISMISSAL |
| JAN BONIFACE JR., | |
| Involuntary Plaintiff, | |
| vs. | |
| NORMAND HAMELIN and JANE DOE HAMELIN, husband and wife and the marital community composed thereof, | |
| Defendants. | |

THIS MATTER having come on before the Honorable Marc L. Barreca of the above

**AGREED ORDER OF DISMISSAL - 1**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

entitled Court, upon the agreement of the parties as evidenced by their signatures below,  now therefore

    IT IS HEREBY ORDERED that this complaint shall be and is hereby dismissed with prejudice and without fees or costs to any party.

///End of Order///

Presented By:

/s/ Kathryn A. Ellis
Kathryn A. Ellis, WSBA #14333
Attorney for Plaintiff

Approved for entry:

/s/ Marc Stern
Marc Stern WSBA#8194 Attorney for Normand Hamelin

P:\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\Prevo\cmp\dismiss_ord.wpd

**AGREED ORDER OF DISMISSAL - 2**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002